Case 8:24-cv-01372-SVW-ADS    Document 11    Filed 07/10/25    Page 1 of 2    Page ID #:61

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 10 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: EC    DEPUTY

1. Name NANCY CAROLYN WOOD
2. Address 11077 WARNER AVE 201
3. Address FOUNTAIN VALLEY CA 92703
4. Phone number bookpress@mail.com
5. Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NANCY CAROLYN WOOD

Plaintiff,

vs.

CITY OF FOUNTAIN VALLEY et al

Defendant.

Case No.: 8:24-cv-01372

RESPONSE TO ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND (DKT NO. 1)(DKT NO. 8)

1

Insert Title of Pleading

1. Regarding Doc 7 #37 CIVIL MIN.-GEN 8:24-01372 SVW(ADS) May 22, 2025 NANCY CAROLYN WOOD v. CITY of FV, et al. PLAINTIFF ELECTS TO PROCEED WITH COMPLAINT IN ITS CURRENT FORM BY SELECTING OPTION 3 DESPITE INFIRMITIES. DEFICIENT DEFECTS TO BE CURED AS IDENTIFIED SUBSEQUENTLY PER:

2. STAY TO BE GRATED, SEE JULY 8, 2025, FILING; REQUESTING STAY FOR GOOD CAUSE 8:24-CV-01372, I ANTECIPATE RESOLUTION OF THE CRIMINAL CASE AT ISSUE 22WM05696 WITHIN ONE YEAR. PLEASE SET THE DATE TO ~~FILE~~ AMEND ACCORDINGLY. THANK YOU. REQUEST FOR STAY LOGGED JULY 8, 2025

3. PLEASE CONVERT OPTION 3 TO OPTION 2 IN ORDER TO FILE A FIRST AMENDED COMPAINT AFTER THE REQUEST FOR STAY IS GRANTED (LOGGED ON JULY 8, 2025)

3. July 10, 2025

RESPECTFULLY SUBMITTED

NANCY CAROLYN WOOD
PLAINTIFF PRO SE