UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY CAROLYN WOOD,<br>Plaintiff,<br>v.<br>CITY OF FOUNTAIN VALLEY, et al.,<br>Defendants. | Case No. 8:24-01372 SVW (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint (Dkt. No. 1), the Report and Recommendation of United States Magistrate Judge (Dkt. No. 14), and Plaintiff's Objections (Dkt. No. 17). The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections were made. The Objections are overruled and the Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (Dkt. No. 11);

2. Plaintiff's Complaint is dismissed without leave to amend; and

3. Judgment is to be entered accordingly.

DATED: October 1, 2026

THE HONORABLE STEPHEN V. WILSON
United States District Judge