JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY CAROLYN WOOD,<br>Plaintiff,<br>v.<br>CITY OF FOUNTAIN VALLEY, et al.,<br>Defendants. | Case No. 8:24-01372 SVW (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the above-captioned case dismissed in its entirety.

DATED: October 1, 2026

THE HONORABLE STEPHEN V. WILSON
United States District Judge